**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| AYALA and MOSHE NIV | |
| Plaintiffs, | CIVIL ACTION NO.: |
| V. | RULE 7.1 CORPORATE DISCLOSURE STATEMENT |
| FEDERAL NATIONAL MORTGAGE ASSOCIATION a/k/a FANNIE MAE | |
| Defendant. | |

**RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for Defendant Federal National Mortgage Association a/k/a Fannie Mae, more properly pled as Federal National Mortgage Association certifies that this party does not have a parent corporation, nor is there any publicly held corporation that owns 10% or more of this party's stock.

**GOLDBERG SEGALLA LLP**

Dated: February 28, 2025     By:    */s/John M. McConnell*
JOHN M. MCCONNELL, ESQ.
301 Carnegie Center Drive, Suite 200
Princeton, NJ 08540-6587
T: 609.986.1326
F: 609.986.1301
*Attorneys for Defendant named as*
*Federal National Mortgage Association*
*a/k/a Fannie Mae, more properly pled as*
*Federal National Mortgage Association*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| AYALA and MOSHE NIV | : |
| | : |
| Plaintiffs, | : **CIVIL ACTION NO.:** |
| V. | : **CERTIFICATE OF SERVICE** |
| FEDERAL NATIONAL MORTGAGE ASSOCIATION a/k/a FANNIE MAE | : |
| Defendant. | : |

I, John M. McConnell, hereby certify that a true and correct copy of the foregoing Notice of Removal and supporting documents and Rule 7.1 Corporate Disclosure Statement for Defendant Federal National Mortgage Association a/k/a Fannie Mae, more properly pled as Federal National Mortgage Association was filed with the Court and served on counsel for Plaintiffs via email on February 28, 2025.

**GOLDBERG SEGALLA LLP**

Dated: February 28, 2025    By:    */s/John M. McConnell*
JOHN M. MCCONNELL, ESQ.
301 Carnegie Center Drive, Suite 200
Princeton, NJ 08540-6587
T: 609.986.1326
F: 609.986.1301
jmcconnell@goldbergsegalla.com
*Attorneys for Defendant named as*
*Federal National Mortgage Association*
*a/k/a Fannie Mae, more properly pled as*
*Federal National Mortgage Association*