

John M. McConnell | Partner
Direct 609.986.1326 | jmcconnell@goldbergsegalla.com

March 11, 2025

**VIA E-FILING**
Clerk, US District Court of NJ
4th & Cooper Street
Camden, NJ 08101

   Re: **Ayala and Moshe Niv v. Federal National Mortgage Association**
      **Matter no.: 1:25-cv-1570-KMW-AMD**

Dear Sir/Madam:

  With reference to the above matter, yesterday, my assistant inadvertently e-filed an Application for a Clerk's Order for an Extension of Time to Answer, Move or Otherwise Reply to the Plaintiffs' Complaint, as a Motion to Extend time to Answer. The same day, we filed our Application for a Clerk's Order for an Extension of Time to Answer, Move or Otherwise Reply to the Plaintiffs' Complaint under the correct title, but it was denied. We would like to withdraw the motion as it was filed in error and rely on our Application filed thereafter.

  Please advise if you need anything further pertaining to this, or we should e-file the Application for a Clerk's Order for an Extension of Time to Answer, Move or Otherwise Reply to the Plaintiffs' Complaint again. Thank you for your assistance.

          Very truly yours,

          **GOLDBERG SEGALLA LLP**

          */s/ John M. McConnell*

          John M. McConnell

JMM:st

cc: Plaintiffs' counsel, via e-filing only

**Please send mail to our scanning center at: PO Box 580, Buffalo NY 14201**

**OFFICE LOCATION** 301 Carnegie Center, Suite 200, Princeton, NJ 08540-6587 | **PHONE** 609-986-1300 | **FAX** 609-986-1301 | **www.goldbergsegalla.com**
CALIFORNIA | CONNECTICUT | DELAWARE | FLORIDA | ILLINOIS | NEW JERSEY | NEW YORK | NORTH CAROLINA | MARYLAND | MISSOURI | PENNSYLVANIA
IMANAGE\5080\0128\50438058.v1-3/11/25