

ATTORNEYS AT LAW / A PROFESSIONAL CORPORATION
Jason A. Levine
Managing New Jersey Attorney

Jason A. Levine
Direct Dial: 215.496.7038
E-mail: jlevine@hangley.com

1415 Route 70 East
Suite 405
Cherry Hill, NJ 08034
856.616.2170/facsimile

PHILADELPHIA, PA
CHERRY HILL, NJ
PLYMOUTH MEETING, PA

March 28, 2025

**VIA ECF**
The Honorable Karen M. Williams
United States District Court of New Jersey
Mitchell H. Cohen Building
& U.S. Courthouse
4th & Cooper Streets
Camden, NJ 08101

   Re: ***Niv, et al v. Federal National Mortgage Association,***
     **US District Court of New Jersey, 1:25-cv-01570**
     **Request for Adjournment Under Local Rule 7.1**

Dear Judge Williams:

  This firm represents Plaintiffs Ayala and Moshe Niv in the above-referenced matter. Defendant Fannie Mae filed a Motion to Dismiss, and the current motion day is April 21, 2025. I am lead counsel in a jury trial beginning on Monday, March 31, and it is expected to last nearly two weeks. I am then traveling the week of April 14 for a prepaid family vacation during Passover. To provide adequate time to respond to the motion, I request a two-cycle adjournment of the motion day. The originally noticed motion day has not previously been extended or adjourned. The new motion day would then be May 19, 2025.

  I conferred with Defendant's counsel, who consents to this request. Thank you for the Court's attention to this matter.

           Respectfully,

           Jason A. Levine

So Ordered on 4/1/2025.

KAREN M. WILLIAMS, U.S.D.J.

JAL/ht